BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel
DANIEL P. TALBERT, SNB OH 0084088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN TUCKER,<br><br>            Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>            Defendant.[1] | No. 4:16-cv-06839-HSG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT |

The parties stipulate, subject to the approval of the Court, that Defendant shall be granted a thirty-day extension from the current March 13, 2017 deadline to file an answer to Plaintiff's complaint. This is Defendant's first request for an extension. There is good cause for this extension because Defendant is in the process of compiling the certified administrative record to file with the answer, and is still waiting for the transcript of a hearing to include in that record. Therefore, the parties jointly request an extension up to and including April 12, 2017.

//

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Respectfully submitted March 8, 2017.

DATED: March 8, 2017          */s/ Denise Bourgeois Haley*
                              DENISE BOURGEOIS HALEY
                              (as authorized via electronic mail)
                              Attorney for Plaintiff

                              BRIAN J. STRETCH
                              United States Attorney

DATED: March 8, 2017     By   *s/ Daniel P. Talbert*
                              DANIEL P. TALBERT
                              Special Assistant United States Attorney

                              Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: 3/8/2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE