Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SHAWN TUCKER

# UNITED STATES DISTRICT COURT

# NORTHERN USDC OF CALIFORNIA RONALD V. DELLUMS

| | |
|---|---|
| SHAWN TUCKER | Case No.: 3:16-cv-06839-HSG |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Shawn Tucker and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 45 days from May 10, 2017 to June 24, 2017 for Plaintiff to file a Motion for Summary Judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has multiple overdue motions due to the

-1-

caseload resulting from the loss of an attorney in June 2016 and the failure of both replacements. Counsel's caseload is complicated by an extended administrative hearing schedule as well. Counsel is working diligently but can only do one motion or hearing at a time. Counsel's firm has hired to new associates who are assisting with the briefing; however, it will take time to normalize. Counsel seeks this continuance in good faith and under these rather extraordinary circumstances.

DATE: May 17, 2017  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ Denise Bourgeois Haley

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Mr. Shawn Tucker


DATE:  May 17, 2017  BRIAN STRETCH
*Acting United States Attorney*


/s/ Daniel P. Talbert

BY: _____
Daniel P. Talbert
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED:  May 19, 2017

IT IS SO ORDERED: _____
UNITED STATES DISTRCT JUDGE